

# Fourth Court of Appeals
## San Antonio, Texas

September 8, 2021

No. 04-21-00277-CV

**IN THE INTEREST OF M.C.L.V.**, a Child
Appellants

From the 438th Judicial District Court, Bexar County, Texas
Trial Court No. 2020-PA-01657
Honorable Kimberly Burley, Judge Presiding

## ORDER

In accordance with this court's opinion of this date, this appeal is DISMISSED FOR LACK OF JURISDICTION. It is ORDERED that no costs be assessed against appellant in relation to this appeal because she qualifies as indigent under Tex. R. App. P. 20.

It is so **ORDERED** on September 8, 2021.

_____
Rebeca C. Martinez, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 8th day of September, 2021.

_____
Michael A. Cruz, Clerk of Court